JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE R. DUPLESIS, | ) Case No. CV 20-0580-JPR |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) Defendant's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in Defendant's favor.

DATED: August 13, 2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE